# AFFIDAVIT OF SPECIAL AGENT BRANDON T. AMERINE IN SUPPORT OF AN APPLICATION FOR A COMPLAINT AND ARREST WARRANT

I, Special Agent Brandon Amerine, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2019. I am assigned to the FBI Boston Division's Violent Crimes Task Force ("VCTF"), which comprises law enforcement officers from the FBI, Massachusetts State Police ("MSP"), and other local police departments. As a member of the VCTF, I am responsible for investigating kidnappings, murders, robberies, extortion, and other violent crimes. My investigations have included the use of surveillance techniques and the execution of arrest warrants and search and seizure warrants. I am aware that 18 U.S.C. § 1951(a) makes it a crime to obstruct, delay, or affect commerce by forcefully taking or obtaining property by way of physical violence.

2. I make this affidavit in support of an application for a complaint charging Akeem LAHENS ("LAHENS"), year of birth 1990, with affecting commerce by armed robbery, in violation of 18 U.S.C. § 1951(a).

3. The statements in this affidavit are based in part on information provided by other law enforcement officers, statements of witnesses, information gleaned from third parties, and on other aspects of my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the complaint.

4. Based on the facts set forth in this affidavit, I have probable cause to believe that the crime of armed robbery interfering with interstate commerce, i.e., Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a), has been committed by LAHENS.

## PROBABLE CAUSE

### *Background*

5. On April 21, 2023, April 26, 2023, April 27, 2023, and May 4, 2023, there were a series of commercial armed robberies in Boston, Massachusetts in which all four stores were robbed at knife point by an individual believed to be the same person ("the Robber"). Based on law enforcement review of video surveillance, witness statements, and the Robber's patterns of behavior, law enforcement believed that the robberies were connected, and the perpetrator of the four robberies was likely the same person, the Robber. The Robber in all four robberies is described or observed on surveillance video as being a black male with a goatee. The Robber in all four robberies brandished two large knives, made a verbal demand for money, forcibly took money from the store, and forced or attempted to force the victim clerk into a rear room or bathroom of the store.

6. During the course of aforementioned commercial armed robberies, Boston Police Department ("BPD") issued department wide bulletins via the Boston Police Regional Intelligence Center ("BRIC") seeking an identification of the Robber. In response to the department wide bulletins requesting assistance in identifying the Robber, BPD received correspondence from BPD Officers and Detectives identifying LAHENS as the Robber. Between April 29, 2023 and May 5, 2023, three victims of two of the commercial armed robberies, April 26, 2023 and May 4, 2023, were separately presented photo arrays via a blind administrator; the respective photo arrays included a photo of LAHENS. The three victims identified LAHENS as the Robber for the April

2

26, 2023 and May 4, 2023 robberies. Subsequently, on May 5, 2023 at approximately 2:40 p.m., BPD Officers and Detectives of the Youth Violence Strike Force, BPD Special Investigations Unit, Massachusetts State Police Violent Fugitive Apprehension Section (VFAS) and members of the United States Marshals Service, arrested LAHENS on outstanding state warrants related to this investigation.

### *PROBABLE CAUSE TO BELIEVE THAT HOBBS ACT COMMERCIAL ARMED ROBBERIES ARE BEING COMMITTED*

**MetroPCS, 1049 Tremont Street, Roxbury, Massachusetts**
**April 21, 2023, at approximately 4:20 p.m.**[1]

7. On Friday, April 21, 2023, at approximately 4:20 p.m., the Robber entered the Metro by T Mobile Store (f/k/a Metro PCS) (the "Metro store")[2], located at 1049 Tremont Street, Roxbury, Massachusetts. The victim clerk described the Robber as a black male in his late to early 20s to early 30s, approximately 5'6" tall, weighing approximately 200 lbs., wearing a black-colored Red Sox hat, greenish blue polo shirt, blue jeans, and carrying a black backpack. The Robber brandished two knives and made a verbal demand for money. The victim clerk stated one of the knives was a serrated kitchen knife with a blade about 6 inches long; the victim clerk could not describe the second knife. The Robber stole approximately $720.56 from the cashier drawer, forced the victim clerk into the store bathroom, closed the door, and fled in an unknown direction. Below is a still image from a security video camera inside the store that recorded the Robber.

---

[1] The April 21, 2023 robbery is not charged at this time.

[2] The Metro store accepts credit cards and other payment systems that use interstate wires.



8. On April 25, 2023, BPD detectives from district D-4 were notified by Northeastern University Police Detectives that they had observed a backpack in the alley between Coventry Street and Burke Street which they believed was related to the Metro armed robbery from April 21, 2023. BPD Detectives responded to the area and located a black Adidas backpack[3] in a window well approximately 10 feet below ground level. Upon recovery, BPD Detectives advised it appeared to be the same backpack worn by the Robber of the Metro store on April 21, 2023. During an inventory of the backpack, detectives observed a pair of black and gray Nike sneakers, a blue-colored Red Sox baseball cap, and two black handled kitchen knives.

9. Upon review of video footage obtained from Northeastern University Police, an individual consistent in appearance to the Robber can be observed walking northeast on Tremont

  

---

[3] The Robber inside the Metro store was wearing a similar dark-colored Adidas backpack during the robbery.

Street and turning northwest onto Coventry Street at approximately 4:27pm (approximately 7 minutes after the robbery), on April 21, 2023. The Robber entered an alleyway between Coventry Street and Burke Street, approximately 200 ft from the Metro store, and disappeared off camera. At approximately 4:28pm, the Robber reappeared on camera wearing a green hooded Celtics sweatshirt and can be observed throwing a dark-colored backpack into a window well in the alleyway and then exiting the alley onto Burke Street.  This is the same window well from which the BPD detectives recovered the aforementioned black backpack.

**Boost Mobile, 373 Centre Street, Jamaica Plain, MA**
**April 26, 2023 at approximately 2:53 p.m.**

10. On Wednesday, April 26, 2023, at approximately 2:53 p.m., the Robber entered a Boost Mobile store[4] located at 373 Centre Street, Jamaica Plain, Massachusetts. The victim clerk described the Robber as a black male, about 5'8" tall, weighing approximately 200 pounds, having a chipped tooth, wearing dark navy-blue hat, a blue sweater, black sweatpants, and sandals. The Robber brandished two knives, described by the victim clerk as approximately 12" each in length, and made a verbal demand for money. The Robber took money from the cashier drawer and proceeded to force the victim clerk to the back room and to open the store's safe. The victim clerk complied with the Robber's demands and the Robber took more money from the safe.  The total amount of  money stolen by the Robber was approximately $400.00.  Furthermore, the Robber attempted to force the victim clerk in the bathroom also located to the rear of the store, but the victim clerk refused to go inside the bathroom. The Robber attempted to take the victim clerk's purse off the floor and the victim clerk began to push the Robber.  The Robber proceeded to punch

---

[4] The Boost Mobile store accepts credit cards and other payment systems that use interstate wires.

the victim clerk in the face and fled the store on foot. Below is a still image from a security video camera inside the store that recorded the Robber.



**Cricket Wireless, 306 Centre Street, Jamaica Plain, Massachusetts**
**April 27, 2023 at approximately 4:35 p.m.**

11. On Thursday, April 27, 2023, at approximately 4:35 p.m., the Robber entered Cricket Wireless[5], located at 306 Centre Street, Jamaica Plain, Massachusetts. The victim clerk described the Robber as a bald black male and approximately 5'9" tall.  Furthermore, responding BPD officers reviewed the store's security video footage and described the Robber as a bald black male, with a goatee, wearing a black jacket with a hood and a gray stripe across the chest, wearing dark pants, and black shoes.  Furthermore, the officers viewed the Robber carrying a white plastic bag with what appeared to be a large red "X" on the bag.  The Robber brandished two knives and made a verbal demand for money. The Robber stole approximately $678.00 from the cashier drawer, forced the victim clerk into the store bathroom, closed the door, and fled in an unknown

---

[5] The Cricket Wireless store accepts credit cards and other payment systems that use interstate wires.

direction. Below is a still image from a security video camera inside the store that recorded the Robber.



**Dunkin Donuts, 1580 Dorchester Ave., Dorchester, Massachusetts**
**May 4, 2023, at approximately 7:40 p.m.**

12. On Thursday, May 4, 2023, at approximately 7:40 p.m., the Robber entered Dunkin Donuts[6] located at 1580 Dorchester Avenue, Dorchester, Massachusetts. The victim clerks[7] described the Robber as a black male wearing a blue Sweatshirt, gray sweatpants, Nike sneakers, and a green hat. The Robber brandished two knives and made a verbal demand for money. The Robber stole approximately $200.00 from the cashier drawers, forced the victim clerks into the store bathroom, closed the door, and fled in an unknown direction. Below is a still image from a security video camera inside the store that recorded the Robber.

---

[6] The Dunkin Donuts store accepts credit cards and other payment systems that use interstate wires.

[7] There were three victim clerks present during the aforementioned commercial armed robbery and each provided statements to responding BPD officers.



### IDENTIFICATION OF AKEEM LAHENS

13. On April 29, 2023, a Cooperating Witness ("CW1") went into Boston Police Headquarters, 1 Schroeder Plaza, Boston, Massachusetts, to provide information about the armed robberies of Boost Mobile on April 26, 2023, and the Cricket Wireless on April 27, 2023. CW1 advised BPD that the mother of LAHENS' children had called and informed CW1 that LAHENS had conducted two robberies. CW1 proceeded to conduct Google searches of the robberies and saw media coverage related to the armed robberies. CW1 identified the robber as AKEEM LAHENS, YOB 1990. CW1 stated that he or she identified LAHENS by his face. CW1 provided detailed information regarding LAHENS' history and his or her relationship with LAHENS that led investigators to believe CW1 was credible. CW1 is very familiar with LAHENS and has observed LAHENS in person on many occasions prior to identifying LAHENS from the above noted surveillance images. CW1 also informed BPD that LAHENS had conducted approximately 15 other armed robberies of cell phone stores in New York City, also while armed with two butcher

knives.[8] CW1 described LAHENS as a black male, 5'10" tall, approximately 280lbs, very muscular, with a bald head and beard. CW1 advised BPD that he or she was 100% sure the robber was LAHENS.

14. On April 29, 2023, a victim clerk ("Victim Clerk 1") from the April 26, 2023 armed robbery of Boost Mobile located at 373 Centre Street, Jamaica Plain, Massachusetts, was presented a photo array via a BPD blind administrator. The photo array included a photo of LAHENS. The following was the result of the blind presentation photo array by BPD:

    a. Victim Clerk 1 identified a photo of LAHENS as the Robber. Victim Clerk 1 wrote on the photo, "This guy came in asking for 2 phones for his kids agents 7,8 I showed him the phone went to the Back to get the Phones came back to the Front, he then asked me if I do spilt payments I said yes I do he then Bent Down and went next to the Desk and put 2 (knifs) to my hip."

15. On May 5, 2023, two victim clerks ("Victim Clerk 2" and "Victim Clerk 3") from the May 4, 2023 commercial armed robbery of the Dunkin Donuts located at 1590 Dorchester Avenue, Dorchester, Massachusetts, were separately presented a photo array via a BPD blind administrator. The respective photo arrays included a photo of LAHENS. The following were the results of the blind presentation photo arrays by BPD:

    a. Victim Clerk 2 identified LAHENS as the Robber. Victim Clerk 1 wrote, "I am 80% sure this is the suspect because I can recognized him from his eyes and his lip."

---

[8] The claim concerning additional robberies was confirmed by Court records as detailed below.

      b. Victim Clerk 3 identified LAHENS as the Robber via a Vietnamese interpreter; Victim Clerk 2 wrote, "I recognize him by him robbing us at dunkin donuts. I am about 75%."

16.     A criminal records check revealed that LAHENS is a convicted felon and has an extensive criminal history which includes threatening, assault and battery with a dangerous weapon, resisting arrest, assault and battery on a police officer, and most notably, robbery and armed robbery.

17.     The United States District Court for the Southern District of New York docket entries for United States v. Akeem Lahens (20-CR-00696-VSB) indicates that on April 26, 2021, LAHENS pleaded guilty pursuant to a plea agreement to a felony Information, which charged him with five counts of Hobbs Act robbery. On December 17, 2021, LAHENS was sentenced to 30 months in federal prison and three years of supervised release. The following was included in a letter provided by the United States Attorney's Office for the Southern District of New York to the Court in advance of LAHENS sentencing (20-CR-00696, Docket No. 33):

      a. From June through November 2020, the defendant went on an armed robbery spree, committing 16 knifepoint robberies in Boston and New York City… During the first robbery, committed in Boston on or about June 16, 2020, the defendant entered a tax preparation business, posed as a customer, withdrew a kitchen knife from his backpack and demanded money… Boston Police arrested the defendant for the robbery on July 10, 2020… Shortly after he was arrested for that robbery and released, the defendant began his New York City-wide robbery spree on July 23, 2020… While the location changed, the defendant's modus operandi remained the same. Between the Bronx and Brooklyn, the defendant robbed 15 mobile phone stores, brandishing one or two kitchen knives, and demanding money and cell phones from the terrified store employees… During one of the robberies, the defendant slashed a store employee during a struggle, which required stitches to close…

### *May 5, 2023 ARREST OF LAHENS*

18. On May 5, 2023 at approximately 2:40 p.m., BPD Officers and Detectives of the Youth Violence Strike Force, BPD Special Investigations Unit, Massachusetts State Police Violent Fugitive Apprehension Section (VFAS) and members of the United States Marshals Service, located and arrested LAHENS on state warrants issued in connection with this investigation.[9]

19. The "booking" report from LAHENS' May 5, 2023 arrest lists LAHENS height as 5'9," his weight as 210 pounds. LAHENS' "booking" photo (see below) depicts an African American male with a goatee, who is balding on the top of his head. LAHENS is 32 years old.



20. On May 6, 2023, a state search warrant was obtained or LAHENS residence at 12 Bailey Street, #12, Dorchester, Massachusetts ("the Residence"). That same day at approximately 12:00p.m., the search warrant was executed at the Residence by BPD. The following items, among others, were seized at the Residence:

    a. One (1) Silver colored Farberware knife recovered in the kitchen on top of

---

[9] Upon LAHENS' arrest, LAHENS was wearing a green Celtics hooded sweatshirt, consistent in appearance to the green hooded Celtics sweatshirt that the Robber changed into after the armed robbery of the Metro store on April 21, 2023. *See supra*, paragraph 9.

      the cabinetry;

  b. One (1) Silver colored knife with a serrated blade recovered in the kitchen on top of the cabinetry;

  c. One (1) Tommy Hilfiger brown/ black wallet with numerous ID's, credit cards, etc. associated with LAHENS;

  d. One (1) LEFT foot rubber sandal, color blue, with "Nike" lettering located within Bedroom and;

  e. One (1) RIGHT foot rubber sandal, color blue, with "Nike" lettering located within Bedroom.[10]

21. Based on the foregoing, I submit that there is probable cause to believe that on April 26, 2023, April 27, 2023, and May 4, 2023, respectively, LAHENS did rob the Boost Mobile, the Cricket Wireless, and the Dunkin' Donuts by obstructing, delaying and affecting, in any way and degree, commerce and the movement of any article and commodity in commerce, by armed robbery, as that term is defined in Title 18, United States Code, Section 1951; that is, by taking and obtaining property, consisting of money and other valuable items, from the owners of the properties against their will by means of actual and threatened force, violence, and fear of injury, in violation Title 18, United States Code, Section 1951.

---

[10] The security image from the April 26, 2023, armed robbery of the Boost Mobile in Jamaica Plain, Massachusetts appears to show the Robber wearing black sandals. The description of the Robber given by the victim clerk also indicated that the Robber wore sandals.

                                          Respectfully submitted,

                                          *Brandon Amerine /by Paul G. Levenson*
                                          Brandon Amerine
                                          Special Agent, FBI

Sworn to before me in accordance with Fed. Rule Crim. P. 4.1 on August 18th, 2023.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE